```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                      :
RAYMOND WRIGHT,                       :
                                      :
                    Plaintiff,        :       ORDER
                                      :
          - against -                 :       09 Civ. 1955 (DC)
                                      :
CITY OF POUGHKEEPSIE POLICE           :
DEPARTMENT et al.,                    :
                                      :
                    Defendants.       :
- - - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

        In a letter dated September 22, 2009, plaintiff moved to voluntarily dismiss all claims against all parties. Accordingly, the case is dismissed. The Clerk of the Court is directed to close the case.

        SO ORDERED.

Dated:   New York, New York
        September 29, 2009

                              DENNY CHIN
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 10
DATE FILED: 9/29/09